UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JOHN MIRANTE,

               Plaintiff,

   - against -

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

               Defendant.

20-cv-4051 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Fox dated September 1, 2021. No objections have been filed and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation are sound and well-reasoned, and therefore the Court adopts them. Accordingly, the plaintiff's motion for judgment on the pleadings (ECF No. 12) is **granted,** and the defendant's motion for judgment on the pleadings (ECF No. 14) is **denied.**

    The Clerk is directed to enter judgment remanding this case to the Commissioner of Social Security. The Clerk is also directed to close this case and to close all pending motions.

**SO ORDERED.**

Dated:    New York, New York
           September 21, 2021

                                              John G. Koeltl
                                      United States District Judge