# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THOMAS JOHN MIRANTE,

                         Plaintiff,                    20 **CIVIL** 4051 (JGK)

        -against-                      **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated, September 21, 2021, the Court has reviewed the Report and Recommendation of Magistrate Judge Fox dated September 1, 2021. No objections have been filed and the time for filing objections has passed. In any event the Court finds that the Report and Recommendation are sound and well-reasoned, and therefore the court adopts them. Accordingly, the plaintiff's motion for judgment on the pleadings (ECF No. 12) is granted, and the defendant's motion for judgment on the pleadings (ECF no.14) is denied. This case is remanded to the Commissioner of Social Security, and the case is closed.

**Dated:**  New York, New York
           September 22, 2021

                                                           **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                    **BY:**

                                                              **Deputy Clerk**