UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JOHN MIRANTE,

                Plaintiff,

                                            20-cv-4051 (JGK)

    - against -

                                            ORDER

ANDREW M. SAUL,

                Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for attorney's fees. ECF No. 24.

SO ORDERED.

Dated:    New York, New York
           September 15, 2023

                                            John G. Koeltl
                                    United States District Judge