UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JOHN MIRANTE,

                Plaintiff,

      - against -

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,[1]

                Defendant.

20-cv-4051 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff Thomas Mirante seeks attorney's fees in this case, but he attached an award addressed to Julia Mirante for monthly child benefits. See ECF No. 24-1. The plaintiff should explain the discrepancy by **October 3, 2023.**

SO ORDERED.

Dated:    New York, New York
          September 26, 2023

                        John G. Koeltl
                    United States District Judge

---

[1] The complaint named Andrew Saul, then the Commissioner of Social Security, as the defendant. Compl., ECF No. 1. Kilolo Kijakazi, the current Acting Commissioner of Social Security, is automatically substituted for Saul pursuant to Federal Rule of Civil Procedure 25(d).