UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JOHN MIRANTE,

        Plaintiff,        20-cv-4051 (JGK)

  - against -        ORDER

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,[1]

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **October 6, 2023**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 4, 2023

                                John G. Koeltl
                              United States District Judge

---

[1] The complaint named Andrew Saul, then the Commissioner of Social Security, as the defendant. Compl., ECF No. 1. Kilolo Kijakazi, the current Acting Commissioner of Social Security, is automatically substituted for Saul pursuant to Federal Rule of Civil Procedure 25(d).